UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re BLUE DOG AT 399 INC.<br>BLUE DOG AT 399 INC. | Debtor | CASE NO. : 15-10694 (MEW)<br>CHAPTER 11<br>ADV. PROC. NO. 19-01029 |
| vs | Plaintiff | |
| SEYFARTH SHAW LLP and R. BERMAN, | Defendant, Third-party plaintiff | |
| v. | | |
| E. SLAVUTSKY, R. POWELL, and D&D FUNDING, | Third-party Defendant | |

# AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Sunnyside, New York

That on 9/18/2019 at 8:32 PM at 111 West 67th Street, #21N, New York , NY 10023

deponent served a(n) **Third Party Summons and Answer and Defenses of Defendants to the Amended Adversary Complaint and Third-Party Claims Against Elizabeth Slavutsky, Robert Powell, and D&D Funding II, LLC**

on **Elizabeth Slavutsky**,

by delivering thereat a true copy of each to **Luis Grullon (Doorman - refused server access to apartment)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **111 West 67th Street, #21N, New York , NY 10023**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **09/19/2019**

Description of Person Served:
Gender: Male
Skin: Brown
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight: Over 200 Lbs.
Other: Mustache Beard

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
19th day of September, 2019

_____
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

_____
Di Cong Jiang
License No.1220800