**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
In re:                                           ,                              Chapter 11

BLUE DOG AT 399 INC.,                                            Case No. 15-10694 (MEW)

                Debtor.
------------------------------------------------------------------------X
BLUE DOG AT 399 INC.,

                                            Adv. Pro. No. 19-01029

                Plaintiff,

      -against-

SEYFARTH SHAW, LLP and
RALPH BERMAN

                Defendants.
------------------------------------------------------------------------X
SEYFARTH SHAW, LLP and
RALPH BERMAN

                Third-Party Plaintiffs,

      -against-

ELIZABETH SLAVUTSKY, ROBERT POWELL,
and D&D FUNDING II, LLC,

                Third-Party Defendants.
------------------------------------------------------------------------X

**NOTICE OF PRESENTMENT OF MOTION OF WHITE & WOLNERMAN**
**PLLC TO WITHDRAW AS COUNSEL FOR ELIZABETH SLAVUTSKY**

**PLEASE TAKE NOTICE** that White & Wolnerman, PLLC ("WW"), counsel for Elizabeth Slavutsky in the above-captioned Chapter 11 bankruptcy proceeding and adversary proceeding, will seek entry of an order granting WW's Motion to Withdraw as Counsel for Elizabeth Slavutsky (the "Motion") [Doc. No. 289], as more fully described in the annexed Motion, and granting WW such other and further relief as this Court deems just and proper, by presenting

the annexed Proposed Order [Doc. No. 289] for signature to the Honorable Michael E. Wiles, United States Bankruptcy Judge, Southern District of New York, One Bowling Green, New York, New York 10004, on **April 30, 2020 at 12:00 noon**.

**PLEASE TAKE FURTHER NOTICE** that objections (each, an "Objection"), if any, to the relief requested in the Motion must be made in writing, filed in accordance with the Bankruptcy Rules and Local Bankruptcy Rules, and received in the Bankruptcy Judge's chambers and by the undersigned not later than **April 27, 2020 at 5:00 p.m.** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that Objections that are not timely filed and served by the Objection Deadline may not be considered by the Court and the Proposed Order may be signed and entered without a hearing. If an Objection is timely filed and served by the Objection Deadline, a hearing will be scheduled on a date and time to be determined by the Court

Dated: New York, New York
April 20, 2020

**WHITE & WOLNERMAN, PLLC**

By: /s/ David Y. Wolnerman

David Y. Wolnerman
950 Third Avenue, 11th Floor
New York, New York 10022
dwolnerman@wwlawgroup.com
(212) 308-0667

*Counsel for Elizabeth Slavutsky*